# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

JEFF BUHL,

VS.                                             No 2:08CV211-MPM-DAS

ROBINSON PROPERTY GROUP CORP.
D/B/A HORSESHOE TUNICA,

## ORDER

This matter is before the court on motion of the defendant to compel initial disclosures and responses to interrogatories (# 18). The plaintiff has not filed a response to the motion. With its motion, the defendant provides that:

1. On July 21, 2009 court entered a case management order requiring that the plaintiff serve his initial disclosures no later than August 4, 2009.

2. On July 27, 2009 the defendant served its first set of interrogatories upon the plaintiff at the plaintiff's last known address.

3. The defendant wrote to the plaintiff on August 20, 2009 and on September 8, 2009 requesting court ordered initial disclosures and responses to interrogatories, but has to date received neither.

IT IS, THEREFORE, ORDERED that the defendant's motion to compel is **GRANTED**. The plaintiff is hereby ordered to provide sufficient responses to the discovery requests detailed in the defendants' motion by October 1, 2009.

IT IS FURTHER ORDERED that pursuant to Rule 37(b)(2)(C), the plaintiff will pay to the defendant the reasonable expenses, including attorney's fees caused by his failure to comply with an order of the court and his failure to respond to the discovery propounded. The defendant

will provide to the court a detailed explanation of the costs, expenses, and fees incurred as a result of filing the present motion.

**SO ORDERED** this 24th day of September 2009.

/s/David A. Sanders
U.S. MAGISTRATE JUDGE